**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UC CREDIT SERVICES, LLC, a Delaware limited liability company, as servicer on behalf of UCF I TRUST 1, a Delaware statutory trust,

Plaintiff,

v.

PLATFORM BRADLEY LLC, an Illinois limited liability company, SCOTT KRONE, an individual, SUBASH H. SHAH, an individual, and MUTHUKUMAR VELLAICHAMY, an individual, CUSTOM GUTTER & SUPPLY, INC. DBA CUSTOM INSTALLATIONS, Inc., an Illinois corporation, MONTE CARLO INC., an Illinois corporation, FOUR STAR CONSTRUCTION INC., an Illinois corporation, and NORTH SHORE SANITARY DISTRICT,

Defendants.

Case No. ________________________

District Judge ____________________

Magistrate Judge __________________

**COMPLAINT TO FORECLOSE MORTGAGE AND FOR OTHER RELIEF**

Plaintiff, UC CREDIT SERVICES, LLC, a Delaware limited liability company, as servicer on behalf of UCF I TRUST 1, a Delaware statutory trust ("Mortgagee"), by Kevin A. Sterling and Laura Newcomer Cohen, its attorneys, as and for its Complaint to foreclose a mortgage, states as follows:

1a. Plaintiff files this Complaint to Foreclose the Mortgage hereinafter described.

1b. Jurisdiction of this Court is based on diversity of citizenship. 28 U.S.C. 1332(a). There is complete diversity and the matters in controversy, exclusive of interest and costs, exceed the sum of $75,000.00.

1c. Plaintiff is a Delaware limited liability company with its principal place of business in Massachusetts and the servicer of a statutory trust organized under the laws of the State of Delaware and having its principal place of business in the State of Massachusetts.

1d. Defendant PLATFORM BRADLEY LLC ("Mortgagor") is an Illinois limited liability company with its principal place of business in the State of Illinois.

1e. The citizenship of other persons or entities joined as Defendants is as follows:

Defendant, SCOTT KRONE is a citizen of the State of Illinois.
Defendant, SUBASH H. SHAH, is a citizen of the State of Illinois.
Defendant, MUTHUKUMAR VELLAICHAMY is a citizen of the State of Illinois.

1f. Venue is proper in this District because the Mortgage at issue is secured by property located in this District and because a substantial part of the events or omissions giving rise to the claim occurred here. 18 U.S.C. § 1391.

2a. Plaintiff has elected to declare the whole of the principal sum remaining unpaid, together with interest thereon, immediately due and payable. Plaintiff confirms this election by the filing of this Complaint.

2b. Any pre-suit notice requirements have been met, and any and all grace periods have expired or have been waived.

3. Attached as "EXHIBIT A" is a true copy of the Mortgage, Security Agreement and Fixture Filing ("Mortgage").

4. Attached as "EXHIBIT B" is a true copy of the Promissory Note ("Note") secured thereby.

5. Attached as "EXHIBIT C" is a true copy of the Indemnity and Guaranty Agreement ("Guaranty").

6. Attached as "EXHIBIT D" is a true copy of the Modification and Guaranty Assumption Agreement ("Modification").

7. Information concerning said mortgage:

(a) Nature of the instrument: Mortgage

(b) Date of the Mortgage: June 30, 2014

(c) Name or Names of the Mortgagors: PLATFORM BRADLEY LLC

(d) 1. Name of the original mortgagee, trustee or grantee in the Mortgage:

2. Name of Current Mortgagee: UCF I TRUST 1

3. Name of current Loan Servicer: UC CREDIT SERVICES, LLC

(e) Date and place of recording: July 9, 2014, Lake County, Illinois Recorder's Office

(f) Identification of recording: Document No. 7112974

(g) Nature of the mortgagor's interest at the time of execution of the mortgage: Fee simple.

(h) Amount of original Indebtedness, including subsequent advances made under the mortgage: $5,500,000.00

(i) Legal description of mortgaged premises and common address:

THE NORTH 660 FEET OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 26, TOWNSHIP 44 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN (EXCEPT THAT PART THEREOF LYING WESTERLY OF THE EASTERLY LINE OF THE TRACT OF LAND TAKEN FOR TOLLWAY PURPOSES IN PROCEEDINGS HAD IN LAKE COUNTY, ILLINOIS AS CASE NUMBER 13915), IN LAKE COUNTY, ILLINOIS.

Common Address: 27944 North Bradley Road, Libertyville, Illinois

P.I.N.: 11-26-200-005-0000

(j) Statement as to defaults:

(1) The monthly installments of interest for the month of December 2015 and all subsequent months have not been paid.

(2) The monthly installments of the impound reserves for the months of November 2015 and all subsequent months have not been paid.

(3) Statement, separately itemized, as to unpaid principal, interest, other charges and total amount due, and also the date of the foregoing calculations, and per diem interest accruing under the mortgage after the date of such calculations:

| | |
|---|---|
| 1. Unpaid Principal | $5,500,000.00 |
| 2. Interest at 7.5% from 11/1/2015 to 01/04/2016 | $ 317,278.61 |
| **Total Amount Due** | **$5,817,278.61** |
| 3. Date of calculations: | 01/04/2016 |
| 4. Per Diem interest | $3,666.67 |

(k) Name of present owner of the real estate: **PLATFORM BRADLEY LLC**

(l) Names of other persons who are joined as Defendants and whose interest in or lien on the mortgaged real estate is subordinate to that of Plaintiff and is sought to be terminated:

CUSTOM GUTTER & SUPPLY, INC. DBA CUSTOM INSTALLATIONS, Inc.
MONTE CARLO INC.
FOUR STAR CONSTRUCTION INC.
NORTH SHORE SANITARY DISTRICT

(m) Names of Defendants claimed to be personally liable for deficiency, if any:

SCOTT KRONE, SUBASH H. SHAH, and MUTHUKUMAR VELLAICHAMY by virtue of the Guaranty and Modification.

(n) Capacity in which Plaintiff brings this foreclosure:

**Plaintiff is the agent of the legal holder of the indebtedness and owner of the mortgage.**

(o) Facts in support of shortened redemption period shorter than the longer of (i) 6 months from the date the mortgagor or, if more than one, all the mortgagors (1) have been served with summons or by publication or (2) have otherwise submitted to the jurisdiction of the court, or (ii) 3 months from the entry of the judgment of foreclosure, if sought:

**The property being foreclosed is not residential real estate. Mortgagor knowingly and voluntarily waived its rights of redemption in Section 1.14 and Section 4.20(b)(iv) of the Mortgage.**

(p) Statement that the right of redemption has been waived by all owners of redemption, if applicable:

**Pursuant to Section 1.14 and Section 4.20(b)(iv) of the Mortgage, Mortgagor has voluntarily and knowingly waived its rights of reinstatement and redemption to the extent allowed under Section 15-1610(b) of the Illinois Mortgage Foreclosure Act (735 ILSC 5/15-1101 et seq.)**

(q) Facts in support of request for reasonable attorneys' fees, costs, and expenses:

**Pursuant to Section 3.03 of the Mortgage, the Mortgagee is entitled to recover reasonable attorneys' fees, court costs, title costs, and other expenses which Plaintiff has been and will be required to expend in the prosecution of this foreclosure.**

(r) Facts in support of a request for appointment of mortgagee in possession or for appointment of a receiver, and identity of such receiver, if sought:

**None at this time; Plaintiff reserves the right to file a separate petition, if applicable.**

(s) Plaintiff reserves the right to offer, in accordance with 735 ILCS 5/15-1402, to accept title to the real estate in satisfaction of all indebtedness secured by the mortgage without judicial sale.

(t) Name or names of Defendants, whose right to possess the mortgaged real estate, after the confirmation of the foreclosure sale, is sought to be terminated and, if not elsewhere stated, the facts in support thereof:

**PLATFORM BRADLEY LLC**, by virtue of its interests as the owner of record.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

A. A judgment to foreclose such mortgage and sale by the Special Commissioner appointed for that purpose.

B. An order granting a shortened redemption period, as applicable.

C. A deficiency judgment against only those Defendants/Obligors, who have not received an order discharging the subject debt in bankruptcy proceedings, or who are not currently involved in bankruptcy proceedings in which the stay has been modified for the sole purpose of foreclosing the subject lien.

D. An order granting possession, if sought.

E. An order placing the mortgagee in possession or appointing a receiver, if sought.

F. A judgment including an award of attorneys' fees, costs and expenses, including, but not limited to, payments for taxes, insurance, securing, inspections and other expenses of the mortgagee.

G. A finding that the interests of any and all named Defendants are junior and subservient to the mortgage lien being foreclosed herein and the termination of leaseholds, if any.

H. An order enforcing its assignment of rents derived from said real estate, if applicable.

I. For such other and further relief as the Court deems just, including, but not limited to, declaratory and injunctive relief.

**ADDITIONAL REQUEST FOR RELIEF**

J. A sale by public auction.

K. A cash sale by open bid, in the form of a cashier's check, certified funds, or other good bank funds.

L. A provision that a Special Commissioner shall conduct the sale for a reasonable fee, which fee shall be recoverable by Plaintiff in the event of redemption.

M. An order that title in the real estate may be subject, at the sale, to exceptions including general real estate taxes for the current year and for preceding years which have not become due and payable as of the date of entry of the judgment of foreclosure, any special assessments upon real estate, and easements and restrictions of record.

N. That the Plaintiff be entitled to recover in any reinstatement or redemption, additional legal fees as are reasonably incurred, any additional taxes paid, or advances paid for expenses including, but not limited to, insurance, inspection, boarding and securing said premises, or other expenses to preserve and protect said security.

**COUNT II - SCOTT KRONE (Guaranty)**

8. Plaintiff repeats and realleges paragraphs 1 through 7 of Count I as paragraph 8 of this Count.

9. As additional consideration for the aforesaid loan, Defendant, SCOTT KRONE, executed and delivered to the Plaintiff the Guaranty and Modification, in which SCOTT KRONE agreed to be personally liable for all amount due and owing under the Note and Mortgage (collectively the "Guaranteed Obligations").

10. Plaintiff has demand that SCOTT KRONE pay the Guaranteed Obligations.

11. SCOTT KRONE has failed to pay the Guaranteed Obligations.

Plaintiff demands judgment against Defendant, SCOTT KRONE in the amounts of the Guaranteed Obligations, plus interest, attorneys' fees and costs of suit.

**COUNT III - SUBASH H. SHAH (Guaranty)**

12. Plaintiff repeats and realleges paragraphs 1 through 7 of Count I as paragraph 12 of this Count.

13. As additional consideration for the aforesaid loan, Defendant, SUBASH H. SHAH, executed and delivered to the Plaintiff the Modification, in which SUBASH H. SHAH agreed to assume the Guaranteed Obligations.

14. Plaintiff has demands that SUBASH H. SHAH pay the Guaranteed Obligations.

15. SUBASH H. SHAH has failed to pay the Guaranteed Obligations.

Plaintiff demands judgment against Defendant, SUBASH H. SHAH in the amounts of the Guaranteed Obligations, plus interest, attorneys' fees and costs of suit.

**COUNT IV - MUTHUKUMAR VELLAICHAMY (Guaranty)**

16. Plaintiff repeats and realleges paragraphs 1 through 7 of Count I as paragraph 16 of this Count.

17. As additional consideration for the aforesaid loan, Defendant, MUTHUKUMAR VELLAICHAMY, executed and delivered to the Plaintiff the Modification, in which MUTHUKUMAR VELLAICHAMY agreed to assume the Guaranteed Obligations.

18. Plaintiff has demands that MUTHUKUMAR VELLAICHAMY pay the Guaranteed Obligations.

19. MUTHUKUMAR VELLAICHAMY has failed to pay the Guaranteed Obligations.

Plaintiff demands judgment against Defendant, MUTHUKUMAR VELLAICHAMY in the amounts of the Guaranteed Obligations, plus interest, attorneys' fees and costs of suit.

Respectfully submitted,

UC CREDIT SERVICES, LLC, a Delaware limited liability company, as servicer on behalf of UCF I TRUST 1, a Delaware statutory trust

By: _s/ Kevin A. Sterling________________
One of its Attorneys

Kevin A. Sterling, Esq. (ARDC No. 6216907)
kevin@thesterlinglaw.com
Laura Newcomer Cohen, Esq. (ARDC No. 6302639)
laura@thesterlinglaw.com
The Sterling Law Office LLC
411 North LaSalle Street, Suite 200
Chicago, Illinois 60654
Ph: (312) 670-9744
Fax: (312) 962-8817